THE PEOPLE OF THE STATE OF NEW YORK ex rel. ZOEL N. LYNCH, Respondent, against KATHLEEN KING et al., Appellants.

Counsel appeared May 31, 1950; decided July 11, 1950.

*R. Lawrence Siegel* and *Morton Pepper* for appellants.
*Louis Okin* for respondent.

Appeal dismissed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.